# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand and twenty-five,

Joseph Pessin, Appellant
v.
JPMorgan Chase U.S. Benefits Executive, et. al., Appellees

**STIPULATION**
Docket Number: 25-309

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 4/18/2025

_____
Attorney for Appellant
Teresa S. Renaker, Renaker Scott LLP
Print Name and Firm

Date: 4/21/2025

_____
Attorney for Appellee
Stephanie R. Reiss
Morgan, Lewis & Bockius LLP
Print Name and Firm