UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-five,

| | |
|---|---|
| Joseph Pessin, on behalf of himself and all others similarly situated, | **ORDER** <br> Docket No. 25-309 |
|       Plaintiff - Appellant, | |
|  v. | |
| JPMorgan Chase U.S. Benefits Executive, as Plan Administrator of the JPMorgan Chase Retirement Plan, Board of Directors of JPMorgan Chase Bank and J.P. Morgan Chase and Company, JPMorgan Chase Retirement Plan, | |
|       Defendants - Appellees. | |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court